# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# SOUTHERN DIVISION

TW, BY AND THROUGH HER MOTHER
AND NEXT BEST FRIEND, ALICIA
WILLIAMS                                                                              PLAINTIFFS

v.                                                    CIVIL ACTION NO.: 1:20-cv-208-LG-RPM

UNIVERSAL HEALTH SERVICES, INC.
d/b/a/ GULFPORT BEHAVIORAL HEALTH
SYSTEM, and UHS OF DELAWARE, INC.,
and TBD ACQUISITION II, LLC                                                           DEFENDANTS

## DEFENDANT TBD ACQUISITION II, LLC'S
## MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the memorandum brief submitted concurrently herewith, Defendant TBD Acquisition II, LLC moves this Court to dismiss Plaintiff's claims against it without prejudice pursuant to Fed. R. Civ. P. 56(a) for Plaintiff's failure to comply with Mississippi's notice of claim statute for medical negligence actions, Miss. Code Ann. § 15-1-36(15).

In support of the instant Motion, it submits the following exhibits:

**Exhibit "A":** Mississippi Department of Health Facility Directory Excerpts

**Exhibit "B":** Declaration of Loyal Ownes

This the 25th day of September, 2020.

                                                        Respectfully Submitted,

                                                        TBD Acquisition II, LLC

                                                        BY: /s/ *Charles E. Cowan*
                                                              Charles E. Cowan
                                                              Its Attorney

**OF COUNSEL:**

Kimberly Howland (MSB #9580)
Charles E. Cowan (MSB #104478)
WISE CARTER CHILD & CARAWAY, P.A.
401 East Capitol Street, Suite 600
P.O. Box 651
Jackson, MS 392055-0651
Tel: (601) 968-5500
Fax: (601) 968-5593
knh@wisecarter.com
cec@wisecarter.com

## CERTIFICATE OF SERVICE

I, Charles E. Cowan, one of the attorneys for Defendant TBD Acquisition II, LLC hereby certify that I filed the foregoing on the ECF filing system, which sent notification of the filing of the foregoing to the individual below:

> K. Douglas Lee
> 628 Churchwell Road
> Hattiesburg, MS 39401
> *Attorney for Plaintiff*

This the 25th day of September, 2020.

> *s/ Charles E. Cowan*
> CHARLES E. COWAN