

**MISSISSIPPI STATE DEPARTMENT OF HEALTH**

# DIRECTORY
## of
# MISSISSIPPI  HEALTH  FACILITIES

Mississippi State Department of Health
Main Office: 570 East Woodrow Wilson
Jackson, Mississippi 39216

Health Facilities Licensure and Certification
Physical Address: 143-B LeFleur's Square
Jackson, Mississippi 39211
Phone:  (601) 364-1100

Mailing: Post Office Box 1700
Jackson, Mississippi  39215-1700

www.healthyms.com

July 2020

**EXHIBIT "A"**

| CONTENT | PAGE |
|---|---|
| Licensure & Certification Personnel | 3 |
| Definitions | |
| Hospital Number Key Code | |
| Abortion Facilities | |
| Ambulatory Surgical Facilities | |
| Community Mental Health Centers | |
| Comprehensive Outpatient Rehabilitation Facilities | |
| End Stage Renal Disease Facilities | |
| Home Health Agencies | |
| Hospice Facilities | |
| Hospital Facilities | |
| Intermediate Care Facility for Individuals with Intellectual Disabilities | |
| Nursing Home Facilities | |
| Outpatient Physical Therapy Facilities | |
| Personal Care Home Facilities | |
| Portable X-Ray Providers | |
| Prescribed Pediatric Extended Care Facilities | |
| Psychiatric Residential Treatment Facilities | |
| Rural Health Facilities | |

The State Agency directories of Health Facilities provides information regarding health facilities in Mississippi that are licensed and/or certified for participation in the Medicare and/or Medicaid Programs by the Bureau of Health Facilities Licensure and Certification.  The directories are compiled from information provided to our agency from the license applications submitted for the current licensure year.  During the course of this licensure year, information obtained in this directory is subject to change.

# Personnel

**Management:**

- Austin, Michelle — Nursing Director, Long Term
- Beam, Melanie — Director Complaint Division
- Burns-Ward, Ruby — Division Director, Long Term
- Carpenter, Angela T — Training, Education
- Cheatham, Nancy — Division Director, Clinical L
- Fair, Frances — Director Health Facilities, Ch
- McInnis, Derrick — Deputy Bureau Director, Fire
- Pate, Linda — Deputy Bureau Director, Lon
- Purvis, Ron — Deputy Bureau Director, Adr
- Robbins, Antanikah — Division Director, Long Term
- Weaver, Patricia — Nurse Manager, Personal Ca
- Wood, Glenn — Nursing Director, Non-Long

**Administrative Staff:**

- Carter, Christal
- Fisher, Debbie
- Special Projects Flowers, Brenda
- Egger, Steve — Aspen Coordinator
- Gervin, Mary — Special Projects Officer, Non
- McBeth, Barbara — Branch Director, Administrat
- McCarty, Kelli — Consultant, Non-Long Term
- Pilgrim, Pam — Policy and Regulation Admir
- Risher, Vickie Lynn — Registered Nurse, Triage Nu
- Thomas, Latrese — Special Projects Officer, Fire
- Williams, Sharon — Special Projects Officer Pers
  - Branch Director, License Ad
  - Special Projects Officer, Con
  - Special Projects Officer, Change of Ownership

**Health Facility Surveyors:**

| Name | Title |
|---|---|
| Aust, Heather | Registered Nurse |
| Barrett, Elisa | Registered Nurse |
| Boland, Sharon | Registered Nurse |
| Calcote, Felicia | Laboratory Technologist |
| Castiglia, Laura | Registered Nurse |
| Cavin, Regina | Registered Nurse |
| Clanton, James | Safety Consultant |
| Crabtree, Annette | Registered Nurse |
| Daughtry, Gloria | Registered Nurse |
| Fortenberry, Debl | Laboratory Technologist |
| Fuller, Shane | Safety Consultant |
| Hartley, Cherie | Registered Nurse |
| Holsen, Daryle | Safety Consultant |
| Howard, Wendy | Registered Nurse |
| Jackson, Theresa | Registered Nurse |
| Johnston, Vicki | Registered Nurse |
| Kilpatrick, Tracy | Registered Nurse |
| Jackson, Theresa | Registered Nurse |
| Lewis, Vickie | Registered Nurse |
| Lloyd, Georgette | Registered Nurse |
| Lovett, Kellie | Registered Nurse |
| Manning, Teri | Laboratory Technologist |
| McGee, Bridget | Registered Nurse |
| McGinnis, Rebecca | Registered Nurse |
| McNeil, Brianna | Registered Nurse |
| Nations, Mary | Registered Nurse |
| Pace, Ken | Registered Nurse |
| Pittman, Tracy | Health Facility Surveyor |
| Raines, Kim | Registered Nurse |
| Rea, Marie | Registered Nurse |
| Robinson, Annette | Registered Nurse |
| Shell, Pam | Registered Nurse |
| Smith, Deborah | Registered Nurse |
| Stringer, Angela | Registered Nurse |
| Veazy, Cindy | Registered Nurse |
| Volland, Debra | Registered Nurse |
| Webb, Patti | Registered Nurse |
| Wedgeworth, Pam | Registered Nurse |
| Wilcher, Lisha | Registered Nurse |
| Wince, Yvonne | Registered Nurse |

**Quality Assurance:**

| Name | Title |
|---|---|
| Serton, Shelia | Nurse Manager, Long Term Care Quality Assurance |
| Ward, Linda | Registered Nurse, Long Term Care Quality Assurance Coordinator |

3

## Definitions

**Abortion Facility** means a facility primarily organized or established for the purpose of performing abortions for outpatients and is a separate identifiable legal entity from any other health care facility.  This term includes physicians' offices which are used primarily to perform elective abortions.

**Ambulatory Surgical Facility** shall mean a publicly or privately owned institution which is operated primarily for the purpose of providing elective surgical treatment of "out-patients," whose recovery, under normal and routine circumstances, will not require "in-patient" care.

> An "Ambulatory Surgical Facility" as herein defined includes an institution engaged in such out-patient surgery whether  using the name "Ambulatory Surgical Facility" or a similar or different name, but does not include the offices of private physicians or dentists whether practicing individuals or in groups and does not include ambulatory surgical center, as defined in 42 C.F.R. 416.2. which is owned and operated by a hospital licensed under Section 41-9-9 et seq. of the Mississippi Code of 1972, as amended, unless the hospital has obtained a separate Medicare provider number for the ambulatory surgical center.

> Once licensed under this chapter, an "ambulatory surgical center" will not be allowed to assume or revert to a position as a component part of any hospital without securing a Certificate of Need to do such.

**Birthing Center** means a publicly or privately owned facility, place or institution where non-emergency births are planned to occur away from the mother's usual residence following a documented period of prenatal care for a normal uncomplicated pregnancy which has been determined to be low risk through a formal risk scoring examination.

**Community Mental Health Center** is a provider of comprehensive mental health services, offering inpatient, outpatient, home-based, school, and community-based programs to individuals and families.

**Comprehensive Outpatient Rehabilitation Facility** is a facility that is established and operated at a single fixed location, exclusively for the purpose of providing diagnostic, therapeutic, and restorative services to outpatients by or under the supervision of a physician.  A CORF must provide, at minimum, physicians' services, physical therapy, and social or psychological services.

**Distinct Part/Skilled Nursing Facility** may be created within an existing acute care hospital.  Such licensed beds typically utilize a portion of the existing acute care hospitals license capacity.  The DP/SNF may only participate in the Medicare Program, whereas the Long Term Care Hospital may participate in the Medicare/Medicaid Program(s).

**End Stage Renal Disease Facility** means a facility that provides either or both hemodialysis or peritoneal dialysis to patients with irreversible and permanent kidney impairment.  An ESRD facility may also provide self-care dialysis and/or self-care dialysis training.

**Home Health Agency**  means a public or privately owned agency or organization, or a subdivision of such an agency or organization, properly authorized to conduct business in Mississippi, which is primarily engaged in providing to individuals, at the written direction of a licensed physician, in the individual's place of residence, skilled nursing services provided by or under the supervision of a Registered Nurse licensed to practice in Mississippi, and one or more of the following part-time or intermittent services or items: (a) physical, occupational, or speech therapy; (b) medical social services; (c) home health aide services; (d) other services as approved by the licensing agency; (e) medical supplies, other than drugs and biologicals, and the use of medical appliances; (f) medical services provided by a resident in training at a hospital under a teaching program of such hospital.

**Hospice** is defined as a concept not a place, a way of dealing with dying patients.  The place of care should be left to the patient/family and physician.  It is a program in which emphasis is placed upon palliative and supportive care to meet the special needs of patients and their families during the final stages of illness.  Full scope health services are provided by an organized interdisciplinary team, available on a 24-hour-a-day, seven-days-a-week basis.

**Hospitals** - Hospital licenses will be issued to the following types of hospitals:  Chemical Dependency, General, Psychiatric and Rehabilitation. Within these types, the license will indicate the number of beds approved for (1) Medical-Surgical (which includes general medical-surgical beds, obstetrical beds, pediatric beds, neonatal ICU beds), (2) Psychiatric, (3) Chemical Dependency, and (4) Rehabilitation.

These four types of licenses are defined as follows:

1 **Chemical Dependency Unit** - Specialized beds located within a distinct unit of a General Hospital or a free-standing facility which are used specifically for the diagnosis and treatment of alcohol and other drug related dependencies over a continuous period exceeding 24 hours.

2 **Medical-Surgical** - Beds that are designated for the care of patients with general medical and surgical needs over a continuous period exceeding 24 hours.  Services and facilities are maintained and organized for individuals requiring diagnosis for illness, injury, deformity, abnormality, or pregnancy.  These beds include OB, pediatric, neonatal ICU and other ICU beds.

**Definitions,** *continued*

  3  **Psychiatric** - Freestanding facilities established to offer facilities, beds, and services over a continuous period exceeding 24 hours to individuals requiring diagnosis and intensive and continued clinical therapy for mental illness, Distinct parts of General Acute hospitals may be designated as psychiatric services.

  4  **Rehabilitation Unit** - Specialized beds which are operated as a distinct unit within a hospital or as a freestanding facility for the purpose of assisting in the rehabilitation of disabled persons through an integrated program of medical, psychological, social, or vocational evaluation and services-under competent supervision over a continuous period exceeding 24 hours.

**Independent Laboratory** means a clinical laboratory independent of both the attending physician's office and of a Medicare-certified hospital, operated for the purpose of performing diagnostic tests on specimens referred from other health providers.

**Intermediate Care Facility for Individuals with Intellectual Disabilities** means a facility for individuals with intellectual disabilites, established primarily for the diagnosis, treatment and habilitation of the developmentally disabled.  It provides 24-hour supervised residential living with individualized on-going evaluation, coordinating, integrated preventative health program and habilitation services.  These services are planned to help each resident reach and maintain his maximum functioning capabilities in order to move to a less restrictive environment.

**Personal Care Home** means an establishment operated and maintained to provide residential accommodations, personal service, and social care to individuals who are not related to the licensee and who because of impaired capacity for self-care elect or require protective living accommodation but do not have an illness, injury, or disability for which regular medical care and 24-hour nursing service is required.

**Physical Therapist in Independent Practice** means physical therapists who are certified in the Medicare Program to provide only outpatient physical therapy services either in the physical therapist's office or in the patient's home.

**Prescribed Pediatric Extended Care** means any building or buildings, or other place, whether operated for profit or not, which undertakes through its ownership or management to provide basic nonresidential services to three (3) or more medically dependent or technologically dependent children who are not related to the owner or operator by blood, marriage or adoption and who require such services. Infants and children considered for admission to a PPEC center must have complex medical conditions that require continual care.

**Psychiatric Resident Treatment Facility** means any non-hospital establishment with permanent facilities which provides a twenty-four (24) hour program of care by qualified therapists including, but not limited to, duly licensed mental health professionals, psychiatrists, psychologists, psychotherapists and licensed certified social workers, for emotionally disturbed children and adolescents, who are not in an acute phase of illness requiring the services of a psychiatric hospital, and are in need of such restorative treatment services.

**Rehabilitation Agency** means an agency which provides an integrated multi-disciplinary program designed to upgrade the physical function of handicapped, disabled individuals by bringing together as a team specialized rehabilitation personnel.  At a minimum, a rehabilitation agency must provide physical therapy or speech pathology services and a rehabilitation program which, in addition to physical therapy or speech pathology services, includes social or vocational adjustment services.

**Rural Health Clinics** means clinics that provide general outpatient health services in rural areas as defined by the U.S. Bureau of Census where access to physicians has traditionally been difficult.  These services are provided by a specially trained nurse practitioner under the general supervision of a physician.

**Skilled Nursing Care Facility** means a health institution planned, organized, operated, and maintained to provide facilities and health services with related social care to in-patients who require medical care and 24-hour nursing services for illness, injury, or disability.  Each patient shall be under the care of a physician licensed to practice medicine in the State of Mississippi.  The nursing services shall be organized and maintained to provide 24-hour nursing services under the direction of a registered professional nurse employed full-time.

**Swing-Bed** Providing both acute care and extended care was once an accepted health care practice in rural hospitals.  This practice, however, largely disappeared with the inception of reimbursement mandated that a hospital providing extended or long-term care do so in a physically distinct part of the institution exclusively designated for extended or long-term care.  In addition, the regulations required specialized services and imposed financial restraints through the reimbursements mechanism.  Therefore, rural hospitals stopped providing extended or long-term care unless they operated nursing homes in separate, distinct units.

  Effective November 21, 1991, to participate as a swing-bed hospital, the hospital must not have more than ninety-nine (99) in-patient hospital beds.  Also, the hospitals must meet the following federal skilled nursing facility's Conditions of Participation and standards: patient's rights, specialized rehabilitative services, dental services, social services, patient activities, and discharge planning.

## Key to Code of Hospital License Numbers

---

EXAMPLE:  License #12-345

---

(DIGITS AT LEFT OF HYPHEN)

1st Digit:  Type of Hospital

 1   General Medical/Surgical
 2   Limited Services (As limited by hospital licensing agency)
 3   Psychiatric and/or Chemical Dependency
 4   Medical Specialty (Rehabilitation or other medical specialty)

2nd Digit:  Ownership

 1   Public Ownership (state or local government)
 2   Proprietary (for profit-single entrepreneur, partnership or corporation)
 3   Not-for-profit corporation or association
 4   Church affiliation
 5   Industrial
 6   Public ownership (state or local government - lease to another entity for operation of hospital)

(DIGITS AT RIGHT OF HYPHEN)

These are designated as the Registration or Application Number.

MISSISSIPPI STATE DEPARTMENT OF HEALTH
Health Facilities Licensure and Certification

Case 1:20-cv-00208-TBM-RPM    Document 20-1    Filed 09/25/20    Page 7 of 9

HOSPITAL FACILITIES

DIRECTORY OF MISSISSIPPI HEALTH FACILITIES

July 2020

| Provider Name | Physical Address (Mailing Address) | City, State & Zip | Phone | Administrator | License # | County | Bed # | Acute | Psych | CDU | Rehab | Swing Bed | Accreditation | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Allegiance Specialty Hospital of Greenville | 300 South Washington Avenue, 4th Floor | Greenville, MS 38701 | (662) 332-7344 | Vearnail Herzog | 22-346 | Washington | 39 | 39 | 0 | 0 | 0 | | DNV | LTAC - Accredited |
| Alliance Health Center | 5000 Highway 39 North | Meridian, MS 39301 | (601) 483-6211 | Jay Shehi | 12-308 | Lauderdale | 154 | 78 | 76 | 0 | 0 | | TJC | Acute # includes: 12 Geri-Psych |
| Alliance HealthCare System, Inc. | 1430 Highway 4 East (PO Box 6000) | Holly Springs, MS 38635 | (662) 252-1212 | Perry E. Williams, Sr. | 16-252 | Marshall | 40 | 40 | 0 | 0 | 0 | X | Non Accredited | Acute # includes: 20 Geri-Psych |
| Anderson Regional Medical Center | 2124 14th Street | Meridian, MS 39301 | (601) 553-6000 | Donna K. Herrington | 13-237 | Lauderdale | 260 | 260 | 0 | 0 | 0 | | TJC | |
| Anderson Regional Medical Center South | 1102 Constitution Avenue | Meridian, MS 39301 | (601) 703-5000 | Betty Cryer | 13-237S | Lauderdale | 69 | 49 | 0 | 0 | 20 | | TJC | 71 beds in Abeyance |
| Baptist Medical Center - Attala | 220 Highway 12 West | Kosciusko, MS 39090 | (662) 289-4311 | Robert Coleman | 11-008 | Attala | 25 | 25 | 0 | 0 | 0 | | Non Accredited | CAH |
| Baptist Medical Center Leake | 1100 Highway 16 East (PO Box 909) | Carthage, MS 39051 | (601) 267-1100 | Daryl Weaver | 13-187 | Leake | 25 | 25 | 0 | 0 | 0 | X | Non Accredited | CAH |
| Baptist Medical Center Yazoo | 823 Grand Avenue | Yazoo City, MS 39194 | (662) 746-2261 | Robert Coleman | 16-203 | Yazoo | 25 | 25 | 0 | 0 | 0 | X | Non Accredited | CAH |
| Baptist Memorial Hospital - Booneville | 100 Hospital Street | Booneville, MS 38829 | (662) 720-5000 | James Grantham | 16-161 | Prentiss | 114 | 114 | 0 | 0 | 0 | X | TJC | Acute # includes: 15 Geri-Psych |
| Baptist Memorial Hospital - Calhoun | 140 Burke-Calhoun City Road | Calhoun City, MS 38916 | (662) 628-6611 | James P. Franklin | 11-259 | Calhoun | 25 | 25 | 0 | 0 | 0 | X | Non Accredited | 4 beds in Abeyance |
| Baptist Memorial Hospital - DeSoto | 7601 Southcrest Parkway | Southaven, MS 38671 | (662) 772-4000 | James Huffman | 13-318 | DeSoto | 339 | 309 | 0 | 0 | 30 | | TJC | |
| Baptist Memorial Hospital - Golden Triangle | 2520 5th Street N (PO Box 1307; 39705) | Columbus, MS 39705 | (662) 244-1000 | Paul Cade | 13-253 | Lowndes | 315 | 285 | 22 | 8 | 0 | | TJC | 5 Swing Beds for Dually Diagnosed Patients |
| Baptist Memorial Hospital - North MS | 1100 Belk Boulevard (PO Box 946) | Oxford, MS 38655 | (662) 232-8100 | William C. Henning | 13-228 | Lafayette | 217 | 204 | 0 | 0 | 13 | | TJC | |
| Baptist Memorial Hospital - Union County | 200 Highway 30 West | New Albany, MS 38652 | (662) 538-7631 | Walter Grace | 16-239 | Union | 153 | 153 | 0 | 0 | 0 | X | TJC | |

MISSISSIPPI STATE DEPARTMENT OF HEALTH
Health Facilities Licensure and Certification

HOSPITAL FACILITIES
*July 2020*

**DIRECTORY OF MISSISSIPPI HEALTH FACILITIES**

| Provider Name | Physical Address (Mailing Address) | City, State & Zip | Phone | Administrator | License # | County | Bed # | Acute | Psych | CDU | Rehab | Swing Bed | Accreditation | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beacham Memorial Hospital | 205 North Cherry Street (4815 Ihles Road Lake Charles, LA 70605) | Magnolia, MS 39652 | (601) 783-2351 | Betsy Van Norman | 16-275 | Pike | 31 | 31 | 0 | 0 | 0 | X | Non Accredited | 6 beds in Abeyance |
| Bolivar Medical Center | 901 E. Sunflower Road (PO Box 1380) | Cleveland, MS 38732 | (662) 846-0061 | Bethany Muzzi | 16-224 | Bolivar | 164 | 164 | 0 | 0 | 0 | X | TJC | Includes 12 Geri-psych beds |
| Brentwood Behavioral Healthcare of MS | 3531 Lakeland Drive | Flowood, MS 39232 | (601) 936-2024 | Michael Carney | 32-330 | Rankin | 105 | 0 | 99 | 6 | 0 | | TJC | Psych 2 beds in Abeyance |
| Choctaw Regional Medical Center | 8613 MS Highway 12 | Ackerman, MS 39735 | (662) 285-4400 | Jamie Rodgers | 13-191 | Choctaw | 25 | 25 | 0 | 0 | 0 | | DNV | CAH 15 Swing Beds |
| Claiborne County Hospital | 123 McComb Avenue (PO Box 1004) | Port Gibson, MS 39150 | (601) 437-5141 | Ada Ratliff | 21-276 | Claiborne | 32 | 32 | 0 | 0 | 0 | X | Non Accredited | Acute # includes: 10 Geri-Psych |
| Copiah County Medical Center | 27190 Hwy 28 | Hazlehurst, MS 39083 | (601) 894-4541 | Ben Lott | 11-164 | Copiah | 25 | 25 | 0 | 0 | 0 | X | Non Accredited | 10 beds in Abeyance CAH |
| Covington County Hospital | 701 South Holly Street (PO Box 1149) | Collins, MS 39428 | (601) 765-6711 | Gregg Gibbes | 11-181 | Covington | 35 | 35 | 0 | 0 | 0 | X | DNV | Acute # includes: 10 Geri-Psych CAH |
| Delta Regional Medical Center | 1400 East Union Street (PO Box 5247; 38704-5247) | Greenville, MS 38703 | (662) 378-3783 | Scott Christenen | 11-189 | Washington | 227 | 227 | 0 | 0 | 0 | | TJC | |
| Delta Regional Medical Center (West Campus) | 300 South Washington Avenue (PO Box 5247; 38704) | Greenville, MS 38701 | (662) 378-3783 | Scott Christenen | 11-189S | Washington | 98 | 58 | 9 | 7 | 24 | | TJC | Acute # includes: 14 Geri-Psych | 40 beds in Abeyance |
| Diamond Grove Center | 2311 Highway 15 South (PO Box 848) | Louisville, MS 39339 | (662) 779-0119 | Patrick Swoopes | 32-325 | Winston | 25 | 0 | 25 | 0 | 0 | | TJC | Licensure Only Psych |
| East Mississippi State Hospital | 1818 College Drive (PO Box 4128) | Meridian, MS 39307 | (601) 581-7600 | Charles Carlisle | 31-136 | Lauderdale | 120 | 0 | 120 | 0 | 0 | | TJC | 305 beds in Abeyance Psych |
| Encompass Health Rehabilitation Hospital | 4500 13th St, 3rd Floor, East Tower, Suite 900 | Gulfport, MS 39501-2515 | (228) 822-6965 | Amber Hester | 42-350 | Harrison | 33 | 0 | 0 | 0 | 33 | | Non Accredited | |
| Field Health Systems | 178 Highway 24 East (PO Box 639) | Centreville, MS 39631 | (601) 890-0500 | Chad Netterville | 11-121 | Wilkinson | 25 | 25 | 0 | 0 | 0 | X | TJC | CAH Only |
| Forrest General Hospital | 6051 U. S. Highway 49 South (PO Box 16389; 39404) | Hattiesburg, MS 39401 | (601) 288-7000 | Andy Woodard | 11-141 | Forrest | 545 | 433 | 80 | 8 | 24 | | DNV | |
| Franklin County Memorial Hospital | 40 Union Church Road (PO Box 636) | Meadville, MS 39653 | (601) 384-5801 | Mike Boleware | 11-175 | Franklin | 25 | 25 | 0 | 0 | 0 | X | Non Accredited | Includes: 10 beds in Abeyance CAH |

MISSISSIPPI STATE DEPARTMENT OF HEALTH
Health Facilities Licensure and Certification

DIRECTORY OF MISSISSIPPI HEALTH FACILITIES

HOSPITAL FACILITIES
*July 2020*

| Provider Name | Physical Address (Mailing Address) | City, State & Zip | Phone | Administrator | License # | County | Bed # | Acute | Psych | CDU | Rehab | Swing Bed | Accreditation | Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Garden Park Medical Center | 15200 Community Road (PO Box 1240; 39502) | Gulfport, MS 39503 | (228) 575-7000 | Randy Rogers | 12-272 | Harrison | 130 | 121 | 9 | 0 | 0 | | TJC | Acute # includes: 12 Geri-Psych |
| George Regional Hospital | 859 Winter Street (PO Box 607) | Lucedale, MS 39452 | (601) 947-3161 | Greg Havard | 11-166 | George | 48 | 48 | 0 | 0 | 0 | | Non Accredited | |
| North Mississippi Medical Center-Gilmore-Amory | 1105 Earl Frye Boulevard | Amory, MS 38821 | (662) 256-7111 | J. Allen Tyra | 12-074 | Monroe | 95 | 95 | 0 | 0 | 0 | X | TJC | |
| Greene County Hospital | 1017 Jackson Avenue | Leakesville, MS 39451 | (601) 394-4135 | Richard Daughdrill | 11-343 | Greene | 7 | 7 | 0 | 0 | 0 | X | Non Accredited | 3 beds in Abeyance CAH |
| Greenwood Leflore Hospital | 1401 River Road (PO Box 1410; 38935-1410) | Greenwood, MS 38930 | (662) 459-7000 | James H. Jackson, Jr. | 11-065 | Leflore | 208 | 188 | 0 | 0 | 20 | | TJC | |
| Gulf Oaks Behavioral Hospital | 180 De Buys Road | Biloxi, MS 39531 | (228) 388-0600 | James Rusch, M. D. | 32-352 | Harrison | 45 | 0 | 45 | 0 | 0 | | | |
| Gulfport Behavioral Health System | 11150 US Highway 49 North | Gulfport, MS 39503 | (228) 831-1700 | Mike Zieman | 32-351 | Harrison | 109 | 0 | 89 | 20 | 0 | | Non Accredited | |
| H. C. Watkins Memorial Hospital | 605 South Archusa Avenue | Quitman, MS 39355 | (601) 776-6925 | Michael Nester | 13-282 | Clarke | 25 | 25 | 0 | 0 | 0 | X | Non Accredited | CAH |
| Highland Community Hospital | 130 Highlands Parkway (PO Box 909) | Picayune, MS 39466 | (601) 358-9400 | Bryan Maxie | 11-086 | Pearl River | 50 | 50 | 0 | 0 | 0 | | Non Accredited | 45 beds in abeyance |
| Holmes County Hospital & Clinics | 239 Bowling Green Road | Lexington, MS 39095 | (662) 834-1321 | Wes Sigler | 11-199S-2 | Holmes | 25 | 25 | 0 | 0 | 0 | X | TJC | 10 beds in abeyance. CAH |
| Jasper General Hospital | 15 South 6th Street (PO Box 527) | Bay Springs, MS 39422 | (601) 764-2101 | Eric Jordan | 11-226 | Jasper | 16 | 16 | 0 | 0 | 0 | X | Non Accredited | |
| Jefferson County Hospital | 870 Main Street (PO Box 577) | Fayette, MS 39069 | (601) 786-3401 | Ada Wilson | 21-238 | Jefferson | 30 | 30 | 0 | 0 | 0 | | Non Accredited | Acute # includes: 18 Geri-Psych |
| Jefferson Davis General Hospital | 1102 Rose Street (PO Drawer 1288) | Prentiss, MS 39474 | (601) 792-4276 | Alania Cedillo | 11-179 | Jefferson Davis | 35 | 35 | 0 | 0 | 0 | X | Non Accredited | Acute # includes: 10 Geri-Psych CAH |
| John C. Stennis Memorial Hospital | 14365 Highway 16 West (PO Box 309) | DeKalb, MS 39328 | (769) 486-1000 | Justin Palmer | 13-347 | Kemper | 25 | 25 | 0 | 0 | 0 | X | DNV | CAH |
| King's Daughters Medical Center | 427 Highway 51 North (PO Box 948) | Brookhaven, MS 39601 | (601) 833-6011 | Alvin Hoover | 16-235 | Lincoln | 99 | 99 | 0 | 0 | 0 | | DNV | 23 beds in abeyance |