## UNITED STATES DISTRICT COURT FOR
## THE SOUTHERN DISTRICT OF MISSISSIPPI
## SOUTHERN DIVISION

TW, BY AND THROUGH HER MOTHER
AND NEXT BEST FRIEND, AW                                    **PLAINTIFF**

V.                                    CIVIL ACTION NO. 1:20-cv-208-LG-RPM

UNIVERSAL HEALTH SERVICES, INC.
d/b/a GULFPORT BEHAVIORAL HEALTH
SYSTEM, and UHS of DELAWARE, INC., and
TBD ACQUISITION II, LLC                                     **DEFENDANTS**

## DECLARATION OF LOYAL OWNES

1.   My name is Loyal Ownes. I am above the age of eighteen, of sound mind, and fully competent to make this declaration. I am a resident citizen of Mississippi. The facts in this affidavit are based on my personal knowledge and are true and correct to the best of my knowledge, information, and belief.

2.   I serve as Chief Executive Officer of Gulfport Behavioral Health System, which is a mental health hospital located at 11150 Highway 49, Gulfport, Mississippi 39503. Gulfport Behavioral Health System ("GBHS") is owned and operated by TBD Acquisition II, LLC, which is a named defendant in this action. For all intents and purposes, TBD Acquisition II, LLC does business as GBHS.

3.   GBHS is licensed by the Mississippi Department of Health to operate a Private Psychiatric Hospital at 11150 Highway 49, Gulfport, Mississippi 39503. We are licensed for 90 psychiatric beds and 20 chemical dependency unit beds.

**EXHIBIT "B"**

4. This lawsuit was filed on June 25, 2020. At no time prior to the filing of this lawsuit did TBD Acquisition II, LLC d/b/a GBHS receive written notice of Plaintiff's intent to file suit against TBD Acquisition II, LLC and/or GBHS.

Pursuant to 28 U.S.C.A. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

_____
LOYAL OWNES